Affirm, Inc.
Attn: Bankruptcy Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

Avant LLC
Attn: Bankruptcy
222 Merchandise Mart Plz Ste 900
Chicago, IL 60654-1105

California Coast Credit Union
Attn: Bankruptcy
PO Box 502080
San Diego, CA 92150-2080

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Attn: Bankruptcy 7933 Preston Rd
Plano, TX 75024-2302

Citibank/Sunoco
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

CJ Lombardo Company
235 Moore St Ste 3
Hackensack, NJ 07601-7417

Comenity Bank/Victoria Secret
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Capital
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

ComenityCapital/Boscov
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218

DRSI
Attn: Bankruptcy 10833 Valley View
Street #415
Cypress, CA 90630

DSRM Nat Bank/Valero
Attn: Bankruptcy One Valero Way
San Antonio, TX 78249

Fortiva
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Fst Premier
Attn: Bankruptcy 601 S Minnesota Ave
Sioux Falls, SD 57104

Genesis FS Card Services
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Kohl's
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043


Midnight Velvet
Attn: Bankruptcy
1112 7th Avenue
Monroe, WI 53566


New Credit America
Attn: Bankruptcy
PO Box 9125
Portland, OR 97207


State of New Jersey
Division of Taxation
50 Barrack St
Trenton, NJ 08608-2006


State of New Jersey
Office of the Attorney General
PO Box 080
Trenton, NJ 08625-0080


Synchrony Bank
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902-1247


U.S. Attorney, District of N.J.
Rodino Federal Building
970 Broad St Rm 502
Newark, NJ 07102-2534


U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Vive Financial
Attn: Bankruptcy Attn: Bankruptcy
380 Data Drive , Suite 200
Draper, UT 84020

Walmart Credit
Services/Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285