TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE
SECTIONS A-J MUST BE COMPLETED IN FULL    PRINT IN CAPITAL LETTERS - USE BLACK OR BLUE INK

# NOTICE OF TRANSFER AND RELEASE OF LIABILITY

MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.gov

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME    FIRST
B. NEW OWNER'S ADDRESS    APT NUMBER    C. ODOMETER READING (NO TENTHS)
D. CITY    STATE    ZIP CODE    E. DATE OF SALE OR LEASE RETURN    MO. DAY YR
F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME    FIRST    G. SELLING PRICE (NO CENTS) WHOLE DOLLARS
H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER    I. SELLER'S OR LESSEE'S SIGNATURE  X
J. CITY    STATE    ZIP CODE

VEHICLE ID NUMBER: 2C4RDGCG8JR208096
YR. MODEL: 2018    MAKE: DODG
PLATE NUMBER:

---

## STATE OF CALIFORNIA
### CERTIFICATE OF TITLE

VEHICLE HISTORY

AUTOMOBILE

VEHICLE ID NUMBER: 2C4RDGCG8JR208096
YR MODEL: 2018    MAKE: DODG    PLATE NUMBER:
BODY TYPE MODEL: SV    AX:    UNLADEN WEIGHT:    FUEL: F    TRANSFER DATE:    FEES PAID: NONE    REGISTRATION EXPIRATION DATE: 02/08/2024
YR 1ST SOLD: 2018    CLASS: CY    YR: 2023    MO: 00    EQUIPMT/TRUST NUMBER:    ISSUE DATE: 01/25/24
MOTORCYCLE ENGINE NUMBER:
ODOMETER DATE: 01/25/2023    ODOMETER READING: 81498 MI
ACTUAL MILEAGE

REGISTERED OWNER(S)
CHMIELEWSKI DAVID PAUL
306 CHINQUAPIN AVE APT 1
CARLSBAD CA 92008

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.
1a. _____ DATE X_____ SIGNATURE OF REGISTERED OWNER
1b. _____ DATE X_____ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads ☐☐☐☐☐☐ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE    TRANSFEROR/SELLER SIGNATURE(S) X    DATE    TRANSFEREE/BUYER SIGNATURE(S) X
PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY    PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)
CAPITAL ONE AUTO FIN
PO BX 660068
SACRAMENTO CA 95866

2. X_____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date

KEEP IN A SAFE PLACE - VOID IF ALTERED

Exhibit B