# N.A.D.A. Official Used Car Guide
# Vehicle Valuation

Print Date: June 04, 2024

Vehicle Description:  2018 Dodge Grand Caravan Extended Passenger Van SXT 3.6L V6
VIN:  2C4RDGCG8JR208096

**Base Values**

| | |
|---|---|
| Retail: $ 13000.00 | Wholesale/Trade-in: $ 10175.00 |

**Optional Equipment/Adjustments**

| | |
|---|---|
| Estimated Miles: 87500 | $ 0.00 |

**Total Adjusted N.A.D.A. Used Car Guide Values**

| | |
|---|---|
| Retail: $ 13000.00 | Retail/Wholesale Average: $ 11587.50 |

Reference 06/2024 Eastern

Exhibit C