

# Transaction History Report (as of 6/4/2024 )

| **Account #:** | | **Period:** | 12/04/2000 - 06/04/2024 |
|---|---|---|---|
| **Loan Bal:** $15,093.97 | | | |

| Date | Description | Debit | Credit |
|---|---|---|---|
| 03/31/2024 | Late Charge assessment | $18.95 | |
| 03/02/2024 | Late Charge assessment | $18.95 | |
| 01/17/2024 | Capital One auto loan payment. | | $379.13 |
| 12/01/2023 | Late Charge waiver/accrued not paid | | $18.95 |
| 12/01/2023 | Late Charge assessment | $18.95 | |
| 10/21/2023 | Capital One auto loan payment. | | $379.13 |
| 10/11/2023 | Late charge payment | | $18.95 |
| 09/21/2023 | Capital One auto loan payment. | | $379.13 |
| 09/06/2023 | Capital One auto loan payment. | | $379.13 |
| 08/31/2023 | Late Charge assessment | $18.95 | |
| 07/24/2023 | Capital One auto loan payment. | | $361.09 |
| 06/28/2023 | Payment (applied toward interest, payment, or fees) | | $70.25 |
| 06/05/2023 | Capital One auto loan payment. | | $379.13 |
| 06/05/2023 | Payment (applied toward interest, payment, or fees) | | $20.87 |
| 05/05/2023 | Capital One auto loan payment. | | $379.13 |
| 05/05/2023 | Payment (applied toward interest, payment, or fees) | | $20.87 |
| 05/01/2023 | Capital One auto loan payment. | | $18.04 |
| 04/01/2023 | Capital One auto loan payment. | | $379.13 |
| 03/01/2023 | Capital One auto loan payment. | | $379.13 |