UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. 9004-1(b)

LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
Formed in the State of PA
Regina Cohen
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

**IN RE:**

**DAVID PAUL CHMIELEWSKI, Debtor**

Case No.: 24-14371-JNP

Judge: Jerrold N. Poslusny Jr.

## CERTIFICATION OF SERVICE

1. I, Cathy Bush:

    represent the Creditor in the above-captioned matter.

    _ Am the secretary/paralegal for _____, who represents the

    _____ in the above captioned matter.

    ✓ Am the <u>Servicer for the Creditor</u> in the above case ~~and am representing myself~~.

2. On June 24, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Motion for Relief from Automatic Stay**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATE: June 24, 2024

/s/Cathy Bush

| Name of Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David Paul Chmielewski<br>31 Peters Ln C4<br>Blackwood, NJ 08012 | Debtor | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Michael I. Assad<br>Cibik Law, P.C.<br>1500 Walnut St Ste 900<br>Philadelphia, PA 19102 | Debtor's Counsel | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Douglas S. Stanger<br>Chapter 7 Trustee<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002 | Chapter 7 Trustee | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

| | | |
|---|---|---|
| U.S. Trustee<br>US Dept. of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U. S. Trustee | ☐ Hand-delivered<br><br>✓ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-Mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br><br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.