UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Regina Cohen State Bar #017911989
Lavin, Cedrone, Graver, Boyd & DiSipio
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

Order Filed on July 16, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
David Paul Chmielewski Debtor

Case No.: 24-14371-JNP
Hearing Date: 07/16/2024
Judge: Jerrold N. Poslusny Jr.
Chapter: 7

Recommended Local Form    [X] Followed    [ ] Modified

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 16, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of  Capital One Auto Finance, a division of Capital One, N.A.  , under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real property more fully described as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☒ Personal property more fully described as:
2018 Dodge Grand Caravan Extended Passenger Van SXT 3.6L V6
V.I.N # 2C4RDGCG8JR208096

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

rev. 11/14/2023

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-14371-JNP |
| David Paul Chmielewski | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 17, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

**Recip ID          Recipient Name and Address**
db          + David Paul Chmielewski, 31 Peters Ln C4, Blackwood, NJ 08012-4619

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:

**Name          Email Address**

Douglas S. Stanger
    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com
    diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Douglas S. Stanger
    doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Michael I. Assad
    on behalf of Debtor David Paul Chmielewski help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

Regina Cohen
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jul 17, 2024 | Form ID: pdf903 | Total Noticed: 1
TOTAL: 5