| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **David Paul Chmielewski** | Social Security number or ITIN   xxx–xx–8226 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   24–14371–JNP | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David Paul Chmielewski

<u>8/9/24</u>

**By the court:**  <u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 24-14371-JNP
David Paul Chmielewski                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                          Page 1 of 3
Date Rcvd: Aug 09, 2024                       Form ID: 318                          Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Paul Chmielewski, 31 Peters Ln C4, Blackwood, NJ 08012-4619 |
| 520240375 | | CJ Lombardo Company, 235 Moore St Ste 3, Hackensack, NJ 07601-7417 |
| 520240380 | | DSRM Nat Bank/Valero, Attn: Bankruptcy One Valero Way, San Antonio, TX 78249 |
| 520240388 | | State of New Jersey, Division of Taxation, 50 Barrack St, Trenton, NJ 08608-2006 |
| 520240391 | | U.S. Attorney, District of N.J., Rodino Federal Building, 970 Broad St Rm 502, Newark, NJ 07102-2534 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 09 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 09 2024 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Aug 10 2024 00:26:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520240369 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 09 2024 20:55:44 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 520240370 | | Email/Text: bk@avant.com | Aug 09 2024 20:45:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 520240371 | | Email/Text: bankruptcy@calcoastcu.org | Aug 09 2024 20:44:00 | California Coast Credit Union, Attn: Bankruptcy, PO Box 502080, San Diego, CA 92150-2080 |
| 520240372 | | EDI: CAPITALONE.COM | Aug 10 2024 00:26:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520240373 | | EDI: CAPONEAUTO.COM | Aug 10 2024 00:26:00 | Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| 520246379 | + | EDI: AISACG.COM | Aug 10 2024 00:26:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520240374 | | EDI: CITICORP | Aug 10 2024 00:26:00 | Citibank/Sunoco, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 520240376 | + | EDI: WFNNB.COM | Aug 10 2024 00:26:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520240377 | + | EDI: WFNNB.COM | Aug 10 2024 00:26:00 | Comenity Capital, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520240378 | + | EDI: WFNNB.COM | Aug 10 2024 00:26:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, |

District/off: 0312-1 | User: admin | Page 2 of 3
--- | --- | ---
Date Rcvd: Aug 09, 2024 | Form ID: 318 | Total Noticed: 31

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 182125, Columbus, OH 43218-2125 |
| 520240379 | + | Email/Text: support@drsi360.com | Aug 09 2024 20:44:00 | DRSI, Attn: Bankruptcy 10833 Valley View Stree, Cypress, CA 90630 |
| 520240381 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 09 2024 20:43:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 520240382 | + | EDI: AMINFOFP.COM | Aug 10 2024 00:26:00 | Fst Premier, Attn: Bankruptcy 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 520240383 | + | EDI: PHINGENESIS | Aug 10 2024 00:26:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520240384 | | EDI: IRS.COM | Aug 10 2024 00:26:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520240385 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 09 2024 20:43:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520240386 | + | EDI: CBS7AVE | Aug 10 2024 00:26:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520240387 | | Email/Text: bankruptcy@ncaloans.com | Aug 09 2024 20:43:00 | New Credit America, Attn: Bankruptcy, PO Box 9125, Portland, OR 97207 |
| 520240389 | ^ | MEBN | Aug 09 2024 20:38:01 | State of New Jersey, Office of the Attorney General, PO Box 080, Trenton, NJ 08625-0080 |
| 520240390 | + | EDI: SYNC | Aug 10 2024 00:26:00 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 520240392 | ^ | MEBN | Aug 09 2024 20:39:43 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 520240393 | | Email/Text: bankruptcynotices@vivecard.com | Aug 09 2024 20:43:00 | Vive Financial, Attn: Bankruptcy Attn: Bankruptcy, 380 Data Drive , Suite 200, Draper, UT 84020 |
| 520240394 | | EDI: CAPITALONE.COM | Aug 10 2024 00:26:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Michael I. Assad | on behalf of Debtor David Paul Chmielewski help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Regina Cohen | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5